# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **WILLIAM STEWART,** § § § **Civil Action No. 4:18-cv-00218-ALM-KPJ** Plaintiff, § § v. § § **DIVERSIFIED CONSULTANTS, INC.** § § Defendant. § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: December 11, 2018         BY: */s/ Amy L. Bennecoff Ginsburg*
                                 Amy L. Bennecoff Ginsburg, Esquire
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Avenue
                                 Ambler, PA 19002
                                 Phone: (215) 540-8888
                                 Facsimile: (877) 788-2864
                                 Email: aginsburg@creditlaw.com
                                 Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Whitney L White, Esq.
Sessions, Fishman, Nathan & Israel - Dallas
900 Jackson Street
Ste 440
Dallas, TX 75202
Phone: 214-741-3001
Fax: 214-741-3055
Email: wwhite@sessions-law.biz

Dated: December 11, 2018          BY: */s/ Amy L. Bennecoff Ginsburg*
                                  Amy L. Bennecoff Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Avenue
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Facsimile: (877) 788-2864
                                  Email: aginsburg@creditlaw.com
                                  Attorney for the Plaintiff