# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| WILLIAM STEWART, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | §  CIVIL ACTION NO. 4:18-CV-218 |
| DIVERSIFIED CONSULTANTS, INC., | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL

Pending before the court is the parties' Stipulation of Dismissal with Prejudice (Dkt. #24). In the Stipulation of Dismissal with Prejudice, the parties agree to the dismissal of this case, as well as any claims that were raised or could have been raised in this action, with prejudice, all costs and attorneys' fees to be borne by the party incurring same. *See* Dkt. #24.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this the 12th day of February, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE